IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN DAVID LOPEZ,

    Petitioner,               No. CIV S-08-1424 GEB GGH P

    vs.

RICHARD B. IVES, et al.,

    Respondents.           <u>ORDER</u>

        /

        Petitioner, a federal prisoner, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has paid the filing fee.  Petitioner's filing may also be construed, at least in part, as a motion, under 28 U.S.C. § 2255, to vacate, set aside, or correct his sentence.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer or a motion to dismiss.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file an answer or a motion to dismiss within thirty days from the date of this order.  If an answer is filed, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in

the application.

    2. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed; an opposition to a motion to dismiss is due within thirty days of service of the motion to dismiss;

    3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

DATED: 10/23/08

                                                /s/ Gregory G. Hollows
                                                UNITED STATES MAGISTRATE JUDGE

GGH:009
lope1424.ord